DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

21 AUGUST 2015

| 165P15 | State v. Nathaniel Paige Phillips | 1. Def's Motion for Temporary Stay (COA14-1056) | 1. Allowed **05/15/2015** Dissolved **08/20/2015** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | . | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 166P15 | State v. Michelle Lynn Bailey | 1. Def's Motion for Temporary Stay (COA14-1151) | 1. Allowed **05/18/2015** Dissolved **08/20/2015** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | . | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | | **Jackson, J., recused** |
| 168P15 | State v. Clay Dewayne Leaks, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA14-1141) | Denied |
| 169P15 | State v. Johnny Williams | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA14-1100) | 1. Denied |
| | | 2. State's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as moot |
| 170P15 | State v. Patrick Shane Williams | Def's *Pro Se* Motion for Notice of Appeal (COAP14-58) | Dismissed *ex mero motu* |
| 171P15 | Arthur Donald Darby, Jr. v. Jamie Christina Campbell, Jason Murphy, Attorney, Matthew Rothbeind, Attorney, and Fairmont Police Department, Hamlett Police Department, Robeson County Court, "John Doe" | 1. Plt's *Pro Se* Motion to Suppress Against Jamie Christina Campbell, Jason Murphy, Attorney, Matthew Rothbeind, Attorney | 1. Dismissed |
| | | 2. Plt's *Pro Se* Motion to Suppress Against Fairmont Police Department, Hamlet Police Department, Robeson County Court, "John Doe" | 2. Dismissed |
| | | 3. Plt's *Pro Se* Motion for Summons Motion Open Court to Clerk in Above | 3. Dismissed |
| 173P15 | State v. Juli Ann Williams | 1. Def's Motion for Temporary Stay (COA14-1113) | 1. Allowed **05/26/2015** Dissolved **08/20/2015** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 175P15 | State v. Indo Ferrell Eure | Def's PDR Under N.C.G.S. § 7A-31 (COA14-396) | Denied |